UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RONALD S. RESTREPO and**
**JOSE M. RUIZ,**

       **Plaintiffs,**

v.                                                   **Case No.  6:23-cv-160-CEM-EJK**

**ASTORIA44, LLC, ORLANDO**
**MARTINEZ, and ARLENE**
**MARTINEZ,**

       **Defendants.**

                                      /

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion," Doc. 51). The United States Magistrate Judge issued a Report and Recommendation (Doc. 54), recommending that the Motion be granted, that the Court find the parties' Settlement Agreement (Doc. 51-1) is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and that Plaintiffs' Complaint (Doc. 1) be dismissed with prejudice, (Doc. 54 at 8).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 51) is **GRANTED**.

3. The Settlement Agreement (Doc. 51-1) is **APPROVED**.

4. Plaintiffs' Complaint (Doc. 1) is **DISMISSED with prejudice**.

5. The Clerk is directed to Close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 8, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record